# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KATRENA L. WARREN  
2617 BILDAHL STREET  
ROCKFORD, IL  61109

SSN-xxx-xx-5313

Case Number: 07-72257

Case filed on: 9/21/2007  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $131.52          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KATRENA L. WARREN | 0.00 | 0.00 | 131.52 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 131.52 | 0.00 |
| 002 | GARY'S AUTO SALES | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|  | Total Secured | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| 001 | ELITE MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ABC CASH N GO, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AGUSTIN ZARATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN FAMILY INS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMMONWEATH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 335.00 | 335.00 | 0.00 | 0.00 |
| 008 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RESURGENT CAPTIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | UNIVERSAL CASUALTY CO. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 335.00 | 335.00 | 0.00 | 0.00 |
|  | Grand Total: | 3,835.00 | 3,835.00 | 131.52 | 0.00 |

Total Paid Claimant:   $131.52  
Trustee Allowance:      $0.00  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan